
FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Hassan Hamad Althani<br>DEFENDANT(S). | CASE NUMBER<br>SA13-42M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT / IA |
|---|---|

Upon motion of __def__ , IT IS ORDERED that ~~a detention hearing~~ the initial appearance is set for __Wed 2/13/13__ , at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__ , in Courtroom __6B__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __2/11/13__

_____
U.S. District Judge/Magistrate Judge
ROBERT N. BLOCK